AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Felix A. Jorge-Mercedes<br><br>*Defendant(s)* | Case No. 25-918 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 3, 2025  in the county of _____ in the
_____ District of  Puerto Rico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting and Impeding a Federal Officer (Misdemeanor) |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests a summons for defendant to appear before this Court.
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

DANIEL M VALDES MORALES
Digitally signed by DANIEL M VALDES MORALES
Date: 2025.10.03 14:14:02 -04'00'

*Complainant's signature*

Daniel Valdes Morales, Special Agent HSI
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:16 p.m., on

Date:  10/03/2025

*Judge's signature*

City and state:  San Juan, Puerto Rico                Héctor Ramos-Vega, U.S. Magistrate Judge
*Printed name and title*