**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Daniel Valdes Morales, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and I am presently assigned to the HSI San Juan SAC office in Puerto Rico (HSI San Juan). I have been employed as a federal law enforcement officer since January 2025. I successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in May 2025, as well as the Homeland Security Investigations Special Agent Training. Through this training, I received instruction in immigration law, federal criminal procedures, and law enforcement operations, and I have been designated to enforce Titles 8, 18, 19, and 21 of the United States Code.

2. For the past several months, I have been assigned to the Title 8 enforcement group within HSI San Juan. In this capacity, I have participated in multiple operations involving the identification, arrest, and processing of individuals in violation of U.S. immigration law. Specifically, I have gained hands-on experience with investigations, interviews, record checks, and document preparation related to prosecutions under Title 8. Based on my training, experience, and participation in multiple enforcement operations, I am familiar with the procedures used to investigate and process cases involving individuals who assault federal officers during the execution of their duties.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter. I

make this affidavit based on my own personal knowledge and on oral and/or written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of **18 U.S.C. 111(a) –** *Assaulting, resisting, or impeding a federal officer* (misdemeanor) have been committed by **Felix Antonio JORGE-MERCEDES.**

## PROBABLE CAUSE

5. On October 3, 2025, Homeland Security Investigations (HSI), along with other law enforcement agencies, were patrolling the Villa Palmera, San Juan area as part of the Title 8 (Immigration) enforcement initiative.

6. At approximately 8:45am, Agents, wearing law enforcement protective gear with agency markings, were executing the arrest of an illegal alien at Gilberto Monroig Ave., close to Henry's Cafe.

7. During the arrest intervention, bystanders standing in front of Henry's Cafe started yelling at Agents. They shouted agents were "abusadores" (abusers) and that they would record the intervention.

8. While Agents were still trying to put under arrest the illegal alien that was actively resisting arrest, HSI Special Agent (SA) De Leon-Morilla was holding perimeter. At that moment, SA Suarez-Velez observed when a tall, dark-skinned individual wearing jeans, black

cap, and burgundy polo, threw a white left-foot tennis shoe, which hit SA De Leon-Morilla in her left leg while she was conducting her duties.

9. Following the event, Agents proceeded to arrest the individual for interfering with law enforcement official duties and assaulting a federal agent. Agents identified the tall, dark-skinned individual wearing jeans, black cap, and burgundy polo as Felix A. JORGE-MERCEDES

10. JORGE-MERCEDES actively resisted his arrest, which required Agents to escort him to the ground until he was eventually handcuffed.

11. After JORGE-MERCEDES was handcuffed, he was placed inside a government vehicle and transported to the Enforcement Removal Operations (ERO) office for further investigation.

12. At approximately 2:46pm HSI agents read JORGE-MERCEDES his rights in his native Spanish language, which he knowingly and voluntarily waived by signing the Miranda waiver form.

13. During the interview, JORGE-MERCEDES admitted to being mad and to yelling at the agents aggressively. In addition, he confessed to throwing the white shoe at the federal agent.

*[INTENTIONALLY LEFT BLANK]*

## CONCLUSION

14.     Based on the forgoing, and based upon my training and experience, I believe that sufficient probable cause exists to demonstrate that Felix Antonio JORGE-MERCDES assaulted a federal officer and resisted his arrest in violation of **18 U.S.C. 111(a) –** *Assaulting, resisting, or impeding a federal officer* (misdemeanor).

Respectfully submitted,

DANIEL M VALDES MORALES
Digitally signed by DANIEL M VALDES MORALES
Date: 2025.10.03 15:58:29 -04'00'

Daniel Valdes Morales
Special Agent
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at 4:16 p.m. by telephone, this 3rd day of October 2025.

_____
**HECTOR RAMOS-VEGA**
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

4